IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABDULLAH SHAKOOR,      :
    Plaintiff         :
    v.                :Case No. 3:18-cv-45-KRG-KAP
B. TAGGART, et al.,    :
    Defendants        :

### Memorandum Order

This matter has been referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636 and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on July 2, 2018 at ECF no. 18, recommending that the complaint be dismissed as to defendants Griffith and Miles. The Magistrate Judge did not consider the motion to dismiss at ECF no. 14.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed timely objections at ECF no. 20, and a response to the defendants' motion to dismiss, ECF no. 19 that I reject as meritless.

After *de novo* review of the record of this matter, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 25th day of March, 2019, it is

ORDERED that the complaint is dismissed as to defendants Griffith and Miles as recommended in the Report and Recommendation at ECF no. 18, which is adopted as the opinion of the Court. The motion to dismiss at ECF no. 14 is denied as moot. The matter remains with the Magistrate Judge for further proceedings. I will consider the Magistrate Judge's Report and Recommendation at ECF no. 30 (recommending that defendants' motion to dismiss at ECF no.22 be granted) when plaintiff has had an opportunity to file objections thereto.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

    Abdullah Shakoor, Reg. No. 17161-056
    F.C.I. Petersburg - Low
    P.O. Box 1000
    Petersburg, VA 23804